ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK J. DEARMAN (982407)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

Attorney for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 2:13cv1126-GW-FFM |
| HYUNDAI AND KIA FUEL ECONOMY LITIGATION | MDL No. 2:13-ml-2424-GW-FFM |
| | <u>CLASS ACTION</u> |
| This document relates to: | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| AARON SIMMONS, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | |
| HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, KIA MOTORS AMERICA, INC. and DOES 1-50, inclusive, | |
| Defendants. | |

1  Plaintiff Aaron Simmons ("Plaintiff") filed a putative class action complaint on
2 behalf of himself and all others similarly situated against Hyundai Motor Company,
3 Hyundai Motor America, Kia Motors Corporation and Kia Motors America, Inc. on
4 December 4, 2012 captioned *Simmons v. Kia Motors Corporation*, No. 2:13-cv-
5 01126-GW-FFM ("Complaint");

6  WHEREAS, no defendant in this action has answered or filed for summary
7 judgment; and

8  WHEREAS, a class has not been certified in this action.

9  NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff
10 requests this action be dismissed without prejudice, with each party to bear its own
11 fees and costs.

12 DATED: September 30, 2014           Respectfully submitted,

13                                    ROBBINS GELLER RUDMAN
                                         & DOWD LLP
14                                    MARK J. DEARMAN

15

16                                         *s/ Mark J. Dearman*
                                      ─────────────────────────
                                           MARK J. DEARMAN
17
                                      120 East Palmetto Park Road, Suite 500
18                                    Boca Raton, FL  33432
                                      Telephone:  561/750-3000
19                                    561/750-3364 (fax)

20                                    ROBBINS GELLER RUDMAN
                                         & DOWD LLP
21                                    JIM BARZ
                                      200 South Wacker Drive, 31st Floor
22                                    Chicago, IL  60606
                                      Telephone:  312/674-4674
23                                    312/674-4676 (fax)

24

25

26

27

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - MDL No. 2:13-ml-2424-GW-
FFM
                                                                              - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Court's Notice of Electronic Filing, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Notice of Electronic Filing, if any.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 30, 2014.

*s/ Mark J. Dearman*
MARK J. DEARMAN

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - MDL No. 2:13-ml-2424-GW-FFM
- 2 -